**Remanded and Opinion Filed January 2, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01293-CV

### USA EROSION, INC., Appellant
### V.
### W.W. CONSTRUCTION WATERING SERVICE, LLC, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-09061

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's December 22, 2014, joint motion to render judgment. USA Erosion appealed the July 14, 2014 final judgment in favor of W.W. Construction Watering Service, L.L.C. Webber, L.L.C. d/b/a W.W. Webber L.L.C., Liberty Mutual Insurance Company, and American Home Assurance Company did not appeal and are not before this Court. In the motion, the parties state they have reached a settlement and request we set aside the portion of the trial court's judgment adjudicating all claims against each other, without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with their agreement. We grant the motion and set aside the portion of the trial court's judgment adjudicating all claims between appellant and appellee, without regard to the merits, and remand

the case to the trial court for rendition of judgment in accordance with their agreement. TEX. R. APP. P. 42.1(a)(2)(B).

141293F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

USA EROSION, INC., Appellant

No. 05-14-01293-CV        V.

W.W. CONSTRUCTION WATERING
SERVICE, LLC, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-09061.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is set aside without regard to the merits and we **REMAND** the case to the trial court for rendition of judgment in accordance with the parties' agreement.

Judgment entered January 2, 2015.